Marc C. Singer (mcs@olss.com)
Alexander Firsichbaum (asf@olss.com)
**ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.**
44 Whippany Road, Suite 100
Morristown, New Jersey 07960
Telephone:  (973) 622-6200
Facsimile:  (973) 622-6200

*Attorneys for Defendant*
*Dovenmuehle Mortgage, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMELIA GIORDANO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MGC MORTGAGE, INC.; LNV CORPORATION, DOVENMUEHLE MORTGAGE, INC.; JOHN DOE I-X,<br><br>　　　　　Defendants. | Civil Action No. 2:21-cv-18191-ES-AME<br><br>**NOTICE OF APPEARANCE OF ALEXANDER FIRSICHBAUM**<br><br>*Document Filed Electronically* |

　　　　PLEASE TAKE NOTICE that Alexander Firsichbaum of the law firm of Orloff Lowenbach Stifelman & Siegel, P.A. hereby appears in this action as an attorney for Dovenmuehle Mortgage, Inc., and respectfully requests that all notices and other papers in this action be served upon him at the address listed above.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  November 12, 2021　　　　　ORLOFF, LOWENBACH, STIFELMAN
　　　　　　　　　　　　　　　　　　　 & SIEGEL, P.A.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Dovenmuehle Mortgage, Inc.

　　　　　　　　　　　　　　　　　　By:　　*/s/ Alexander Firsichbaum*
　　　　　　　　　　　　　　　　　　　　　ALEXANDER FIRSICHBAUM