

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Joseph N. Froehlich
Direct Telephone: 212-812-8345
Direct Fax: 212-812-8398
jfroehlich@lockelord.com

December 27, 2021

**VIA ECF**

The Honorable Andrè M. Espinosa, U.S.M.J.
Martin Luther King, Jr. Courthouse
50 Walnut Street
Room 2037, Courtroom 2D
Newark, NJ 07102

    Re:    <u>Giordano v. MGC Mortgage, Inc., et al</u>
            Civil Action No.: 2:21-cv-18191-ES-AME

Dear Judge Espinosa:

    We represent Defendants MGC Mortgage, Inc. and LNV Corporation in this matter. We write jointly and with consent of counsel for plaintiff Amelia Giordano and co-defendant Dovenmuehle Mortgage, Inc. to respectfully request a 60 day adjournment of the Initial Rule 16 Conference, which is currently scheduled for January 5, 2022. The parties are requesting this adjournment in order to seek to resolve this matter. As part of such resolution discussions, Ms. Giordano will be applying for a loan modification and the parties request the time in order to prepare and process such application. This is the parties' first request for an adjournment of the conference.

    If you have any questions, please contact us.

                                   Respectfully submitted,

                                   Joseph N. Froehlich

JNF:md

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

101523096v.1